STEPTOE & JOHNSON LLP
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299
David J. Bodney (0006065) dbodney@steptoe.com
Chris Moeser (0022604) cmoeser@steptoe.com

Attorneys for Plaintiffs, Phoenix Newspapers, Inc.
and Dennis Wagner

DANIEL D. PRICE, Utah Bar # 2646
Special Attorney to the U.S. Attorney General
185 South State Street, Ste. 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Fax: (801) 325-3269
Email: daniel.price2@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PHOENIX NEWSPAPERS, INC., and DENNIS WAGNER,<br><br>          Plaintiffs,<br><br>     vs.<br><br>BUREAU OF INDIAN AFFAIRS; UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>          Defendants. | No. CV 09-859-PHX-DKD<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Phoenix Newspapers, Inc. and Dennis Wagner (collectively, "PNI") and Defendant United States Department of Interior and its component Bureau of Indian Affairs (collectively, "DOI") hereby notify the Court that they have reached a settlement fully resolving all issues in this lawsuit as set forth in the Final Settlement Agreement, Release and Dismissal, attached hereto as Exhibit A. Accordingly, the parties stipulate to the dismissal with prejudice of this action.

For the Court's convenience, a proposed form Order is attached.

RESPECTFULLY SUBMITTED this 3rd day of June, 2010.

STEPTOE & JOHNSON LLP


By /s/  Chris Moeser
    David J. Bodney
    Chris Moeser
    201 East Washington Street
    Suite 1600
    Phoenix, Arizona 85004-2382

Attorneys for Plaintiffs
Phoenix Newspapers, Inc. and Dennis Wagner


UNITED STATES DEPARTMENT OF THE INTERIOR and its component BUREAU OF INDIAN AFFAIRS


By /s/  Chris Moeser for Daniel D. Price, with permission
    Daniel D. Price
    Special Attorney to the
    United States Attorney General
    185 South State, Ste. 300
    Salt Lake City, Utah 84111

Attorney for Defendants United States Department of the Interior and its component Bureau of Indian Affairs

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on the 3rd day of June, 2010, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrant:

>Daniel D. Price
>daniel.price2@usdoj.gov

I further certify that I caused a copy of the attached document and a properly formatted version of the text of the proposed order to be electronically transmitted and mailed on the 3rd day of June, 2010, to:

>Hon. David K. Duncan
>United States District Court
>Sandra Day O'Connor U.S. Courthouse
>Suite 325
>401 West Washington Street, SPC 14
>Phoenix, AZ  85003-2120
>Duncan_chambers@azd.uscourts.gov

 /s/  Patricia Robinson